UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILLY R. CAMPBELL,

    Petitioner,

v.                                                        4:16cv27–WS/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

On April 6, 2016, the magistrate judge entered a report and recommendation (doc. 27) recommending that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction because the petitioner failed to demonstrate that the United States Court of Appeals for the Eleventh Circuit granted him leave to file a second or successive petition. In response, the petitioner has filed (1) a motion to stay (doc. 35) further action in the case while he petitions the Eleventh Circuit for permission to file a second or successive petition; and (2) objections (doc. 36) to the magistrate judge's orders regarding his motion for summary

judgment.

*Before* a second or successive habeas corpus petition is filed in the district court, the applicant must move in the appropriate court of appeals for an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Absent authorization from the court of appeals, neither this judge nor the magistrate judge has jurisdiction to consider the merits of a successive petition. *Burton v. Stewart*, 549 U.S. 147, 156 (2007).

Here, because the petitioner's petition for habeas corpus is both successive—it's his third—and indisputably time-barred, the court declines to stay the action while the petitioner seeks authorization from the court of appeals to file a successive petition. *See, e.g.*, *Tellez v. McNeil*, No. 08cv10042–CIV, 2009 WL 1111194, at *4 (S.D. Fla. Mar. 27, 2009) (declining to stay action in a habeas case where the petitioner's habeas petition was both successive and clearly barred by § 2244's one year statute of limitations). Because the petitioner has *not* received authorization from the court of appeals to file his successive petition for writ of habeas corpus, the case must be dismissed as recommended by the magistrate judge.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 27) is

ADOPTED and incorporated by reference into this order.

    2. The petitioner's motion (doc. 35) to stay further action in the case is DENIED.

    3. The petitioner's objections (doc. 36) to the magistrate judge's orders regarding the petitioner's motion for summary judgment are without merit as the magistrate judge had no jurisdiction to consider the merits of the case.

    4. The petitioner's petition for writ of habeas corpus is DISMISSED without prejudice as an unauthorized successive habeas corpus application.

    5. The clerk shall enter judgment stating: "All claims are DISMISSED for lack of subject matter jurisdiction."

    6. The clerk shall send the petitioner the Eleventh Circuit's form application for leave to file a second or successive habeas corpus petition.

    DONE AND ORDERED this __28th__ day of ___April___, 2016.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE