IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILLY R. CAMPBELL,

    Petitioner,

v.                                                                         4:16cv27–WS/GRJ

SECRETARY, FLORIDA
DEP'T OF CORRECTIONS,

    Respondent.

_____

ORDER DENYING PETITIONER'S MOTION
TO RECALL AND REOPEN HABEAS PETITION

    Before the court is the magistrate judge's report and recommendation docketed August 4, 2016. See Doc. 42. The magistrate judge recommends that the petitioner's Motion to Recall and Reopen Habeas Petition (doc. 41) be denied. The petitioner has filed objections (doc. 45) to the report and recommendation.

    Having considered the matter in light of the petitioner's objections, this court has determined that the report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 42) is

ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's Motion to Recall and Reopen Habeas Petition (doc. 41) is hereby DENIED.

3. Petitioner's request for a certificate of appealability is DENIED.

DONE AND ORDERED this __8th__ day of ___September___, 2016.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE