IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILLY R. CAMPBELL,

     Petitioner,

v.                                         4:16cv27–WS/GRJ

SECRETARY, FLORIDA
DEP'T OF CORRECTIONS,

     Respondent.

_____

O R D E R

This case is before the court upon the mandate (doc. 84) issued on May 8, 2017, by the United States Court of Appeals for the Eleventh Circuit, dismissing Petitioner's appeal for want of prosecution. Judgment was entered by this court on April 28, 2016; and Petitioner's belated attempts to reopen the case were rejected. Because the case has been ended, it is ORDERED:

1. The clerk shall terminate all pending matters and close the file.

2. Petitioner shall file no further documents in this closed case.

DONE AND ORDERED this ___10th___ day of ___May___, 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE